# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147251

KENT A. McNEIL,
       Petitioner-Appellant,

v

                                   SC: 147251
                                   COA: 311229

ANTRIM COUNTY GUN BOARD, a/k/a         Antrim CC: 2012-008721-CZ
ANTRIM COUNTY CONCEALED WEAPONS
LICENSING BOARD,
       Respondent-Appellee.
_____/

      On order of the Court, the application for leave to appeal the May 23, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

s1118

November 25, 2013 _____


                            Clerk